# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DOE #1400,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STANFORD HEALTH CARE,<br><br>　　　　Defendant. | Case No. 5:24-cv-09359-BLF<br><br>**ORDER CONSTRUING PLAINTIFF'S MOTION AND REQUESTING DEFENDANT'S RESPONSE**<br><br>[Re: ECF No. 10] |

On January 21, 2025, the Court received pro se Plaintiff's Ex Parte Motion to Dismiss With Prejudice "Declaration of Alyson S. Cabrera." ECF No. 10. The Court construes the motion, in part, as an Administrative Motion to Seal under Civil Local Rule 79-5. The Court has provisionally sealed Plaintiff's Motion and the underlying Declaration at issue, ECF Nos. 3 & 10, and requests Defendant's response to Plaintiff's Administrative Motion to Seal by no later than Monday, January 27, 2025. Thereafter, the Court will rule on whether to maintain the documents under seal.

**IT IS SO ORDERED.**

Dated: January 22, 2025

_____
BETH LABSON FREEMAN
United States District Judge