UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOE #1400,<br><br>        Plaintiff,<br><br>    v.<br><br>STANFORD HEALTH CARE,<br><br>        Defendant. | Case No. 5:24-cv-09359-BLF<br><br>**ORDER REGARDING SEALING OF COURT'S ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL; AND DENYING MOTION TO REMAND**<br><br>[Re: ECF Nos. 17, 18] |

On January 31, 2025, the Court issued its Order Granting Administrative Motion to Seal; and Denying Motion to Remand. Because the Court granted Plaintiff's motion to seal, the Court has redacted information related to the sealable material from the publicly filed version of the Order. ECF No. 18. The Court has also filed an unredacted version of the Order under seal. ECF No. 17.

The Clerk will mail to the Parties a copy of the unredacted version of the Order Granting Administrative Motion to Seal; and Denying Motion to Remand.

**IT IS SO ORDERED.**

Dated: January 31, 2025

                                                        _____<br>BETH LABSON FREEMAN<br>United States District Judge