DOE #1400
P.O. BOX 1198
SACRAMENTO, CA 95812
TELEPHONE 530-539-4423

**FILED**

APR 30 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DOE #1400

        Plaintiff,

vs.

STANFORD HEALTH CARE
and Does 1-50, inclusive
C

        Defendant.

Case 5:24-cv-09359-BLF

SUPPLEMENT TO REQUEST SHORTENED
TIME TO RECONSIDER THE DENIED
MOTION TO SEAL

1.   On 4/28/2025, Plaintiff filed a request to shorten the time of the next hearing, and

inadvertently picked up blank copies where the Exhibit A should have been there,

followed by the image to show where the name is showing (there are more than one

instances of the same format, but as these have been filed previously it would be

redundant to show all of them again.

I, DOE #1400, state under penalty of perjury under the laws of the State of California that

the foregoing is true and correct.

DATE: 4/30/2025 _____ SIGNATURE _____

PRO PER

1
SUPPLEMENT TO REQUEST SHORTENED TIME TO RECONSIDER DENIED MOTION TO SEAL

# EXHIBIT 'A'

Microsoft Word [redacted]

Microsoft Word [redacted] Notice of Removal (USDC)(96663860.1)

storage.courtlistener.com

com/recap/gov.uscourts.cand.441798/gov.uscourts.cand.441798.1.0.pdf

Removal (USDC)(96663860.1)

MICHAEL D. BRUNO (SBN: 166805)
ALYSON S. CABRERA (SBN: 222717)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mbruno@grsm.com
acabrera@grsm.com

Attorneys for Defendant
STANFORD HEALTH CARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE #1400,<br>Plaintiff,<br>vs.<br>STANFORD HEALTH CARE, and DOES 1-50, inclusive,<br>Defendants. | CASE NO.<br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) (FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant STANFORD HEALTH CARE ("Defendant" or "SHC") hereby removes to this Court the state court action described below.

1. On September 3, 2024, Pro Se Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Santa Clara, entitled *Doe #1400 v. Stanford Health Care, and DOES 1-50, inclusive*, Case No. 24CV446393 (hereinafter "the Action") by filing a "complaint for preliminary and permanent injunctions and for damages."

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Type here to search

11:14 AM
4/29/2025

